1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  LUIS MURATALLA-LUA,            )        1:07-cv-01142-AWI-SMS-HC
                                   )
12          Petitioner,            )        **ORDER ADOPTING FINDINGS AND**
                                   )        **RECOMMENDATION** (Doc. 4)
13  v.                             )
                                   )        **ORDER DISMISSING ENTIRE**
14  THE PEOPLE OF THE STATE OF     )        **PETITION FOR WRIT OF HABEAS**
    CALIFORNIA,                    )        **CORPUS**
15                                 )
            Respondent.            )
16  _____)

17

18          Petitioner is a state prisoner proceeding pro se with a

19  Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

20          On August 17, 2007, the Magistrate Judge filed Findings and a

21  Recommendation that the instant Petition for Writ of Habeas Corpus

22  be DISMISSED in its entirety, and the Clerk of Court be directed to

23  enter judgment.  These Findings and Recommendation were served on

24  all parties and contained notice that any objections were to be

25  filed within thirty (30) days from the date of service of that

26  order.  To date, the parties have not filed objections to the

27  Findings and Recommendation.

28  //

                                    1

1    In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, the Court concludes that

4  the Magistrate Judge's Findings and Recommendation are supported by

5  the record and proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed August 17, 2007,

8         are ADOPTED IN FULL;

9    2.   The instant Petition for Writ of Habeas Corpus is

10        DISMISSED in its entirety; and

11   3.   All pending motions are denied as moot.

12

13 IT IS SO ORDERED.

14 **Dated:    October 16, 2007**            **/s/ *Anthony W. Ishii***
                                    UNITED STATES DISTRICT JUDGE